

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| El Paso Central Appraisal District and Dinah L. Kilgore, in her Official Capacity as Chief Appraiser of the El Paso Central Appraisal District, | § | No. 08-14-00283-CV |
| | § | Appeal from the |
| | § | County Court at Law No. 5 |
| Appellant, | | |
| | § | of El Paso County, Texas |
| v. | | |
| | § | (TC# 2014-DCV-00446) |
| Western Refining Company, L.P., | | |
| | § | |
| Appellee. | | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 4, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph T. Longoria, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 4, 2015.

IT IS SO ORDERED this 15th day of January, 2015.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.